UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.Z., and R.Z. individually and on behalf of Z.Z.,

                Plaintiffs,

-against-

New York City Department of Education,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/5/2023_

23 Civ. 2753 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 6, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by June 1, 2023. ECF No. 8. Those submissions are now overdue. Accordingly, by **June 20, 2023**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 5, 2023
      New York, New York

                                            ANALISA TORRES
                                     United States District Judge