UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| I.Z., et al., <br><br>          Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br>          Defendant. | 23-cv-02753 (AS) <br><br> NOTICE OF REASSIGNMENT |

ARUN SUBRAMANIAN, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

  Additionally, by **August 21, 2023 at 5 p.m.**, the parties are hereby ORDERED to file on ECF a joint letter updating the Court on the status of the case. The joint letter shall not exceed two (2) pages and shall address: (1) the status of settlement discussions, and (2) whether the parties would benefit from a settlement conference before the assigned Magistrate Judge or from participation in the Court-annexed Mediation Program.

  SO ORDERED.

Dated: August 14, 2023
   New York, New York

                    _____
                     ARUN SUBRAMANIAN
                     United States District Judge