UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| I.Z., et al., <br><br>                                Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br>                                Defendant. | 23-cv-2753 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's August 14, 2023 Order, ECF No. 17, the parties were required to file a status letter, the contents of which are described in the Court's order, no later than August 21, 2023. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Monday, August 28, 2023.**

      SO ORDERED.

Dated: August 22, 2023
       New York, New York

                                                           ARUN SUBRAMANIAN
                                                           United States District Judge