

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
*Special Assistant Corporation Counsel*
Office: (212) 356-2016

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

*The November 9, 2023 conference is adjourned to November 16, 2023 at 5:00 pm ET. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 142 877 860, followed by the pound (#) sign*

*The Court encourages the parties' efforts at settlement, but further adjournments to accommodate those discussions will not be afforded. So the Court advises the parties to expeditiously resolve this case. The Clerk of Court is directed to terminate the motion at ECF No. 28.*

Re:   *I.Z. et al. v. N.Y.C. Dep't of Educ.,* 23-cv-2753 (AS)(BCM)

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 7, 2023

Dear Judge Subramanian:

I am a Special Assistant Corporation Counsel in the Office of the Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant the New York City Department of Education ("DOE") in the above-referenced action, wherein Plaintiffs sought implementation of an underlying administrative order, and now seek solely attorneys' fees, costs and expenses for legal work for implementation of an administrative order, as well as for this action, under, *inter alia*, the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et. seq*. ("IDEA").

The parties respectfully submit this joint letter pursuant to the Court order dated Sept. 28, 2023 (ECF No. 25), to request an adjournment of the in-person initial pretrial conference ("IPTC") currently scheduled for Nov. 9 until Nov. 16, 2023, or any date thereafter convenient to the Court. This is the first request for an adjournment. The reason for the requested extension is that Defendant anticipates being able to make an offer of settlement within the next few days, and the parties are optimistic they will be able to fully resolve this matter, obviating a IPTC. Additionally the parties request that the IPTC—whether held on the currently scheduled date, or adjourned to a later date—be held telephonically, as Plaintiffs' counsel is based in Washington D.C., and travel to New York would incur unnecessary time, costs and fees.

Accordingly, the parties respectfully request that the IPTC currently scheduled for Nov. 9 be adjourned until Nov. 16, 2023, or any date thereafter, and that the IPTC be held telephonically regardless of whether the Court grants this joint adjournment request.

Thank you for considering this request.

Respectfully submitted,
/s/
Lauren Howland
Special Assistant Corporation Counsel

cc:   William DeVinney, Esq. (via ECF)